UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60804-CIV-ALTMAN

**KATHLEEN HARWOOD**,

    *Plaintiff,*

**vs.**

**NATIONWIDE CREDIT, INC.,** and
**TOYOTA MOTOR CREDIT CORP.,**

    *Defendants.*
_____/

## ORDER SCHEDULING STATUS CONFERENCE

The Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*. Consistent with the Court's practices in FDCPA cases, counsel are directed to appear at a status conference on **Wednesday, June 24, 2020, at 12:50 p.m.** The conference will be conducted telephonically. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. Instructions for the status conference are as follows:

1. The parties are not personally required to appear, but a representative of each party with full authority to enter a full and complete compromise must appear.

2. Multiple cases will be called at once, at which time the attorneys will meet in the Court's attorney conference rooms to discuss the possibility of reaching an amicable resolution. The Court will not oversee these discussions.

3. If an agreement is reached, the parties shall promptly notify the Court.

4. The Plaintiff's counsel must appear with the entire case file. If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.

5. The Defendant must appear with all evidence it has ~~in support~~ of its defenses.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record